# Exhibit 2

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Missouri

Case Number: 5:24-cv-06053-JAM

Plaintiff:
**Fannie Mae**
vs.
Defendant:
**Oron Zarum**

POW2024005594

For: STINSON LLP

Received by D & B Legal Service, LLC to be served on Oron Zarum, 47 HIGH ST LAKEWOOD NJ 08701
I, **Jyll Jakes**, being duly sworn, depose and say that on the **4th** day of **May**, 20**24** at **6:57** p.m., executed service by delivering a true copy of the Summons in Civil Case, Complaint for Judgment on Written Guaranty, Exhibit A - K, Certificate of Interested Parties and Disclosure Statement, Notice of Inclusion in the Mediation and Assessment Program, General Order, Index in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) INDIVIDUAL SERVICE AT ALTERNATE ADDRESS: Served the within-named person at the alternate address of _____.

( ) SUBSTITUTE RESIDENTIAL: By serving _____ as _____.

( ) SUBSTITUTE RESIDENTIAL AT ALTERNATE ADDRESS: By Serving _____ as _____. At the address of _____.

( ) POSTED: Posted a copy at a conspicuous place at the property listed above and sent a copy to the same via US mail on _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Age **47** Sex **M** F Race **White** Height **5' 8"** Weight **170 lbs** Hair **Brown** Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the **8th** day of **May**, **2024** by the affiant who is personally known to me.

NOTARY PUBLIC

SHEILA M ESKRIDGE
Notary Public, State of New Jersey
Comm. # 2437787
My Commission Expires 08/23/2028

PROCESS SERVER: **JYLL JAKES**
Appointed in accordance with State Statutes

D & B Legal Service, LLC
5350 W 94th Ter Ste 206
Prairie Village, KS 66207
(913) 362-8110

Our Job Serial Number: 2024005594

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| Fannie Mae <br><br> *Plaintiff(s)* <br> v. <br> Oron Zarum <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:24-cv-06053-JAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Oron Zarum
10 Hill Street
Neward, NJ 07102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nicholas Zluticky
Stinson LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 15, 2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*