# Exhibit 3

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **FANNIE MAE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:24-cv-06053-JAM** |
| | ) | |
| **ORON ZARUM** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## AFFIDAVIT OF NICHOLAS J. ZLUTICKY IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST ORON ZARUM

| | | |
|---|---|---|
| STATE OF MISSOURI | ) | |
| | ) | ss. |
| COUNTY OF JACKSON | ) | |

NICHOLAS J. ZLUTICKY, being duly sworn, of lawful age and sound mind, states as follows:

1. I am an attorney duly licensed to practice in the Western District of Missouri. I am a partner with the law firm of Stinson LLP ("Stinson"). I have practiced law since October 2008, and I practice in the area of bankruptcy and creditors' rights. I have personal knowledge of the facts stated in this affidavit.

2. Attached hereto as **Schedule 1** are detailed billing statements setting forth the work performed and the time expended by Stinson for Plaintiff Fannie Mae ("Fannie Mae") in the above-captioned case. Schedule 1 also contains the billing rates for the attorneys and paralegals who have worked and who are working on this case. Such time was reasonably expended to deal with the legal matters of Fannie Mae in this case. Such services and time were specifically requested by Fannie Mae and were required in the ordinary course of the case. The total amount of Stinson attorney and paralegal fees, costs and expenses charged in these cases up through June 21, 2024 is

$58,528.74.

3. The fees, costs and expenses set forth on the attached Schedule 1 fall into the following categories:

      a.  reviewing loan documents;

      b.  preparing and sending demand letter;

      c.  preparing paperwork for foreclosure on property in Missouri;

      d.  publish notice of foreclosure on property in Missouri;

      e.  drafting petition and complaint;

      f.  obtaining and serving summons and petition;

      g.  preparing and filing proposed scheduling order; and

      h.  miscellaneous other matters.

4. Based on my experience in cases such as this case, and based on the nature of these cases, I believe that the attorneys' fees and expenses incurred by Fannie Mae to date are reasonable and represent a market rate for attorneys with practices similar to my practice.

[remainder of page intentionally left blank]

CORE/0772514.0056/190471659.1

FURTHER AFFIANT SAYETH NAUGHT.

_____
Nicholas J. Zluticky

Subscribed and sworn before me this 25TH day of July, 2024.

JANET C. BRISCOE
Notary Public, Notary Seal
State of Missouri
Platte County
Commission # 13464553
My Commission Expires 07-21-2025

Name: _JANET C. BRISCOE_
Notary Public

My commission expires:

_07-21-2025_

CORE/0772514.0056/190471659.1

# Schedule 1

June 21, 2024

Fannie Mae
Legal Department Office Manager
3900 Wisconsin Ave, NW
Washington, DC 20016-2892

Invoice No: Draft
Nicholas Zluticky

Re:     Brittany Village Apartments

File No:  0772514.0056

| Invoice Summary | |
| --- | --- |

Professional services and disbursements rendered through June 21, 2024

| | |
| --- | --- |
| Current Professional Services | $53,057.50 |
| Current Disbursements | $5,471.24 |
| **Total Current Invoice** | **$58,528.74** |

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Anthony Cali | Partner | 460.00 | 46.90 | 21,574.00 |
| Nicholas Zluticky | Partner | 465.00 | 17.80 | 8,277.00 |
| Zachary Hemenway | Partner | 465.00 | 1.10 | 511.50 |
| Michael Pappas | Associate | 335.00 | 31.20 | 10,452.00 |
| Miranda Swift | Associate | 340.00 | 31.90 | 10,846.00 |
| Cheryl Duren | Paralegal | 240.00 | 0.80 | 192.00 |
| Lisa Parks | Paralegal | 245.00 | 1.60 | 392.00 |
| Lisa Parks | Paralegal | 240.00 | 2.70 | 648.00 |
| MacKenzie Stewart | Paralegal | 275.00 | 0.60 | 165.00 |
| **Current Professional Services** | | | **134.60** | **$53,057.50** |

## Professional Services

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/02/23 | Nicholas Zluticky | Begin review of loan documents (0.6). | 465.00 | 0.60 | 279.00 |
| 02/03/23 | Nicholas Zluticky | Meeting with client regarding case background and strategy (0.5). | 465.00 | 0.50 | 232.50 |
| 02/07/23 | Nicholas Zluticky | Edits to demand letter (0.1); email draft to client for review (0.1); review and analyze question regarding obligation to fund replacement reserve and email to client regarding same (0.3); email to borrower regarding communications with servicer (0.1). | 465.00 | 0.60 | 279.00 |
| 02/07/23 | Michael Pappas | Review loan documents and prepare acceleration letter. | 335.00 | 1.30 | 435.50 |
| 02/09/23 | Nicholas Zluticky | Review communications from borrower regarding repair reserve (0.2). | 465.00 | 0.20 | 93.00 |
| 02/13/23 | Nicholas Zluticky | Email to client regarding acceleration letter (0.1). | 465.00 | 0.10 | 46.50 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 02/21/23 | Michael Pappas | Draft receivership documents. | 335.00 | 2.70 | 904.50 |
| 02/23/23 | Michael Pappas | Finish initial drafts of receivership documents. | 335.00 | 0.90 | 301.50 |
| 03/01/23 | Nicholas Zluticky | Edits to receivership documents. | 465.00 | 0.30 | 139.50 |
| 03/08/23 | Nicholas Zluticky | Email to client regarding status of receivership (0.1); edits to receivership documents (0.3). | 465.00 | 0.40 | 186.00 |
| 03/08/23 | Michael Pappas | Additional edits to receivership documents. | 335.00 | 0.50 | 167.50 |
| 03/13/23 | Michael Pappas | Revisions to receivership documents. | 335.00 | 1.00 | 335.00 |
| 03/15/23 | Nicholas Zluticky | Email to client regarding borrower's request for extension (0.1). | 465.00 | 0.10 | 46.50 |
| 03/20/23 | Michael Pappas | Revisions to receivership documents. | 335.00 | 1.00 | 335.00 |
| 03/24/23 | Michael Pappas | Compile all documents for filing of receivership action. | 335.00 | 0.50 | 167.50 |
| 03/24/23 | Lisa Parks | Review of email from Mr. Pappas regarding filing of new complaint in Buchanan County MO; draft motion and order for process server; electronically mark exhibits to petition and motion to appoint received; access Buchanan county court and electronically open case, add party information, pay filing fee and electronically file petition with exhibits, motion to appoint receiver with exhibits and proposed order and motion to appoint process server and proposed order. | 245.00 | 1.00 | 245.00 |
| 03/25/23 | Nicholas Zluticky | Email to client regarding filing of receivership action. | 465.00 | 0.10 | 46.50 |
| 03/29/23 | Lisa Parks | Email to process server including | 245.00 | 0.10 | 24.50 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | petition and summons and motion to appoint receiver to be served upon defendant. | | | |
| 03/29/23 | Lisa Parks | Access Court docket and download petition with exhibits, summons, motion to appoint receiver with exhibits for service upon defendant and compile same to send to process server. | 245.00 | 0.50 | 122.50 |
| 03/30/23 | Michael Pappas | Prepare reservation of rights letter. | 335.00 | 0.30 | 100.50 |
| 04/05/23 | Michael Pappas | Prepare notice of hearing on emergency motion for appointment of a receiver and arrange for service of the same. | 335.00 | 0.60 | 201.00 |
| 04/11/23 | Michael Pappas | Email opposing counsel re upcoming hearing (.3); prepare outline for upcoming hearing (.9); review removal documents filed by Defendant (.3); call with president of St. Joe United Way (.4); contact court (.2). | 335.00 | 2.00 | 670.00 |
| 04/11/23 | Lisa Parks | Access Buchanan County court and electronically file return of service for defendant. | 240.00 | 0.20 | 48.00 |
| 04/12/23 | Michael Pappas | Contact court and send updates on scheduled hearings (.4); continue drafting outline for scheduled emergency teleconference (1.8). | 335.00 | 2.20 | 737.00 |
| 04/17/23 | Nicholas Zluticky | Review foreclosure report. | 465.00 | 0.30 | 139.50 |
| 04/17/23 | Michael Pappas | Review foreclosure report. | 335.00 | 0.40 | 134.00 |
| 04/18/23 | Michael Pappas | Email client on teleconference. | 335.00 | 0.10 | 33.50 |
| 04/18/23 | Michael Pappas | Draft appointment of successor trustee. | 335.00 | 0.30 | 100.50 |
| 04/19/23 | Michael Pappas | Assist in preparation for teleconference (1); finalize | 335.00 | 1.50 | 502.50 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | appointment of successor trustee and send to client (.5). | | | |
| 04/23/23 | Michael Pappas | Draft reservation of rights letter. | 335.00 | 0.50 | 167.50 |
| 04/24/23 | Nicholas Zluticky | Review defendant's opposition brief to motion to appoint receiver (0.6); research regarding issues raised in brief (1.1); draft direct examination outline for James Noakes (1.4); telephone conversations with Mr. Noakes regarding same and current property condition (0.3); emails with client regarding opposition brief and hearing (0.4). | 465.00 | 3.80 | 1,767.00 |
| 04/24/23 | Michael Pappas | Review response brief filed by Defendant and research issues related to the same (1); prepare binder for receivership hearing (.6). | 335.00 | 1.60 | 536.00 |
| 04/25/23 | Nicholas Zluticky | Prepare outline of argument for hearing on motion for appointment of receiver (1.3); prepare for (0.6) and represent client at hearing on motion for appointment of receiver (1.7); emails with client regarding same and next steps (0.2). | 465.00 | 3.80 | 1,767.00 |
| 04/25/23 | Michael Pappas | Prepare for receivership hearing and research case law rebutting arguments made in Defendant's response brief (.5; attend receivership hearing (1.5); revise Order and submit to the Court (.9). | 335.00 | 2.90 | 971.50 |
| 04/26/23 | Nicholas Zluticky | Review signed order appointing receiver (0.1); emails with client and receiver regarding same (0.2). | 465.00 | 0.30 | 139.50 |
| 04/26/23 | Cheryl Duren | E-record Appointment of Successor Trustee with Buchanan | 240.00 | 0.40 | 96.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | Co, MO.; Follow-up regarding same. | | | |
| 04/27/23 | Nicholas Zluticky | Emails with receiver regarding bond requirements and filing (0.2). | 465.00 | 0.20 | 93.00 |
| 04/27/23 | Michael Pappas | File Receiver's bond. | 335.00 | 0.40 | 134.00 |
| 05/01/23 | Michael Pappas | Review foreclosure process, determine newspaper to advertise in and set timeline. | 335.00 | 0.60 | 201.00 |
| 05/02/23 | Nicholas Zluticky | Email to client regarding question on receiver's certificate. | 465.00 | 0.10 | 46.50 |
| 05/02/23 | Michael Pappas | Research additional newspapers to advertise in that meet statutory requirements and contact the same. | 335.00 | 0.30 | 100.50 |
| 05/03/23 | Michael Pappas | Continue reviewing proper newspaper to publish in light of limited publications in St. Joe. | 335.00 | 0.40 | 134.00 |
| 05/04/23 | Michael Pappas | Prepare notice of sale. | 335.00 | 1.20 | 402.00 |
| 05/09/23 | Nicholas Zluticky | Email to court regarding scheduling conference. | 465.00 | 0.10 | 46.50 |
| 05/10/23 | Michael Pappas | File notice in receivership case. | 335.00 | 0.30 | 100.50 |
| 05/16/23 | Michael Pappas | Research proper method of publication when applicable newspaper does not advertise daily (.5); call numerous newspapers to inquire about how often they publish (.5); summarize research (.5). | 335.00 | 1.50 | 502.50 |
| 06/02/23 | Michael Pappas | Prepare draft plan of discovery. | 335.00 | 2.00 | 670.00 |
| 06/09/23 | Michael Pappas | Finalize and file report of planning. | 335.00 | 0.50 | 167.50 |
| 06/13/23 | Michael Pappas | File report of planning. | 335.00 | 0.30 | 100.50 |
| 06/20/23 | Michael Pappas | Prepare for and attend scheduling conference. | 335.00 | 1.80 | 603.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/21/23 | Michael Pappas | Calendar scheduling order dates. | 335.00 | 0.20 | 67.00 |
| 06/22/23 | Michael Pappas | Prepare designation of neutral. | 335.00 | 0.40 | 134.00 |
| 06/27/23 | Lisa Parks | Access Western District of MO court and electronically file designation of neutral per Mr. Zluticky. | 240.00 | 0.20 | 48.00 |
| 06/28/23 | Cheryl Duren | Order Delaware UCC search. | 240.00 | 0.20 | 48.00 |
| 07/03/23 | Michael Pappas | Draft notices. | 335.00 | 1.00 | 335.00 |
| 07/28/23 | Nicholas Zluticky | Emails with client regarding cancellation of trustee's sale (0.2). | 465.00 | 0.20 | 93.00 |
| 07/28/23 | Zachary Hemenway | Prepare for foreclosure sale. | 465.00 | 0.50 | 232.50 |
| 09/02/23 | Nicholas Zluticky | Email to borrower's counsel regarding status of trustee's sale (0.1). | 465.00 | 0.10 | 46.50 |
| 09/13/23 | Nicholas Zluticky | Draft revised notice of trustee's sale (.3); email to newspaper (.1). | 465.00 | 0.40 | 186.00 |
| 09/16/23 | Anthony Cali | Communications with Mr. Zluticky regarding Apex Brittany bankruptcy filing; review notice of filing and record in district court receivership case. | 460.00 | 0.60 | 276.00 |
| 09/16/23 | Nicholas Zluticky | Review voluntary bankruptcy filing (0.6); emails with client regarding same (0.3); review caselaw in Delaware regarding unauthorized bankruptcy filings (1.8); analyze issues regarding same (1.1). | 465.00 | 3.80 | 1,767.00 |
| 09/18/23 | Anthony Cali | Draft motion to dismiss bankruptcy case (3.1); draft declaration of receiver in support of same (.8). | 460.00 | 3.90 | 1,794.00 |
| 09/19/23 | Anthony Cali | Revise motion to dismiss and draft request for judicial notice. | 460.00 | 0.90 | 414.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 09/22/23 | Anthony Cali | Draft proposed order granting motion to dismiss (.4); communications with Mr. Zluticky regarding motion to dismiss (.2). | 460.00 | 0.60 | 276.00 |
| 10/02/23 | Nicholas Zluticky | Email to client regarding status of motion to dismiss bankruptcy case (0.1). | 465.00 | 0.10 | 46.50 |
| 10/03/23 | MacKenzie Stewart | Analyze motion as received, review client file, correspond with Mr. Zluticky and Ms. Duren. | 275.00 | 0.60 | 165.00 |
| 10/06/23 | Nicholas Zluticky | Email to client regarding purchase offer for real estate (0.1). | 465.00 | 0.10 | 46.50 |
| 10/09/23 | Nicholas Zluticky | Telephone conversation with Bill Taylor regarding motion to dismiss and upcoming hearing on same (0.4). | 465.00 | 0.40 | 186.00 |
| 10/11/23 | Nicholas Zluticky | Email to borrower's counsel regarding unauthorized bankruptcy filing (0.1); review response to motion to dismiss and alleged purchase and sale agreement (0.7); email to client regarding same (0.1). | 465.00 | 0.90 | 418.50 |
| 10/13/23 | Anthony Cali | Communications with Mr. Taylor regarding hearing procedures. | 460.00 | 0.40 | 184.00 |
| 10/16/23 | Anthony Cali | Communications with local counsel and opposing counsel regarding stipulation to change hearing date. | 460.00 | 0.30 | 138.00 |
| 10/17/23 | Anthony Cali | Review and revise pro hac vice application. | 460.00 | 0.30 | 138.00 |
| 10/20/23 | Anthony Cali | Review Debtor's response to motion to dismiss; analyze cases cited therein; prepare outline for hearing on motion to dismiss. | 460.00 | 2.70 | 1,242.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|------------|-------------|------|-------|--------|
| 10/23/23 | Anthony Cali | Travel and prepare for hearing on motion to dismiss bankruptcy case. | 460.00 | 8.30 | 3,818.00 |
| 10/24/23 | Anthony Cali | Prepare for and attend hearing on motion to dismiss (2.3); communications with Debtor's counsel (.3); return travel from hearing (6.5); draft summary of hearing for client (.2). | 460.00 | 9.30 | 4,278.00 |
| 10/25/23 | Anthony Cali | Call with Debtor's counsel regarding potential sale (.5); communications with receiver regarding same (.2). | 460.00 | 0.70 | 322.00 |
| 10/25/23 | Anthony Cali | Review and analyze procedural posture and rulings of district court proceedings. | 460.00 | 0.60 | 276.00 |
| 10/25/23 | Anthony Cali | Review case law on preclusion issues in preparation for drafting letter brief. | 460.00 | 0.50 | 230.00 |
| 10/27/23 | Anthony Cali | Research case law and draft letter brief on jurisdictional issues. | 460.00 | 3.80 | 1,748.00 |
| 10/27/23 | Anthony Cali | Communications with Debtor's counsel regarding potential sale; follow up with Mr. Zluticky and receiver regarding same. | 460.00 | 0.40 | 184.00 |
| 10/30/23 | Anthony Cali | Draft letter brief on jurisdictional matters in support of motion to dismiss bankruptcy case. | 460.00 | 4.80 | 2,208.00 |
| 10/31/23 | Anthony Cali | Draft, revise and finalize letter brief in support of motion to dismiss (3.1); review and analyze debtor's letter brief (.4). | 460.00 | 3.60 | 1,656.00 |
| 10/31/23 | Anthony Cali | Communications with Receiver regarding status of bankruptcy case. | 460.00 | 0.30 | 138.00 |
| 11/02/23 | Anthony Cali | Communications with chambers and debtor's counsel regarding matters related to motion to | 460.00 | 0.30 | 138.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | dismiss. | | | |
| 11/07/23 | Anthony Cali | Communications with Receiver and Debtor's counsel regarding potential sale. | 460.00 | 0.30 | 138.00 |
| 11/12/23 | Anthony Cali | Communications with Mr. Taylor and Mr. Zluticky regarding objection to Debtor's sale motion and motion to extend deadline to file schedules. | 460.00 | 0.20 | 92.00 |
| 11/14/23 | Anthony Cali | Draft objection to sale motion; communications with Mr. Taylor and Mr. Zluticky regarding same. | 460.00 | 1.20 | 552.00 |
| 11/15/23 | Anthony Cali | Communications with Mr. Taylor and Debtor's counsel regarding postponement of hearing on sale motion. | 460.00 | 0.60 | 276.00 |
| 11/27/23 | Anthony Cali | Review memorandum order regarding motion to dismiss bankruptcy case; communications with Mr. Zluticky and Mr. Taylor regarding same. | 460.00 | 0.40 | 184.00 |
| 11/27/23 | Miranda Swift | Review both Delaware and Missouri dockets and calendar hearing times. | 340.00 | 0.40 | 136.00 |
| 11/28/23 | Miranda Swift | Draft Motion for Order to Show Cause and Order to Show Cause; Draft Notice of Trustee's Sale. | 340.00 | 2.10 | 714.00 |
| 11/29/23 | Nicholas Zluticky | Review notice of trustee's sale (0.2); email to client regarding same (0.1). | 465.00 | 0.30 | 139.50 |
| 12/01/23 | Anthony Cali | Follow up with Mr. Taylor regarding entry of order dismissing case. | 460.00 | 0.30 | 138.00 |
| 12/01/23 | Anthony Cali | Review communication from Mr. Tancredi regarding potential purchaser of property. | 460.00 | 0.10 | 46.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 12/05/23 | Anthony Cali | Communications with receiver and debtor's counsel regarding dismissal of bankruptcy case. | 460.00 | 0.30 | 138.00 |
| 12/05/23 | Miranda Swift | Review and edit Notice of Trustee's Sale (0.2); coordinate with St. Joseph Daily Courier regarding publication of same (0.1). | 340.00 | 0.30 | 102.00 |
| 12/06/23 | Anthony Cali | Review order dismissing bankruptcy case; communicate dismissal to receiver. | 460.00 | 0.30 | 138.00 |
| 12/06/23 | Miranda Swift | Finalize draft of Notice of Trustee's sale (0.1); email communication with St. Joseph Daily Courier and N. Zluticky regarding the same (0.2). | 340.00 | 0.30 | 102.00 |
| 12/07/23 | Miranda Swift | Review Notice of Trustee's Sale (0.4); draft email to client regarding same (0.1). | 340.00 | 0.50 | 170.00 |
| 12/11/23 | Miranda Swift | Review and send Notice of Trustee's Sale to St. Joseph Daily Courier for publication. | 340.00 | 0.20 | 68.00 |
| 12/12/23 | Miranda Swift | Review proof of Notice of Trustee's Sale to ensure exact match of legal descriptions of the property. | 340.00 | 0.50 | 170.00 |
| 12/13/23 | Anthony Cali | Communications with Debtor's counsel regarding prospective buyers (.2); follow up with Mr. Zluticky regarding same (.2). | 460.00 | 0.40 | 184.00 |
| 12/18/23 | Miranda Swift | Draft Trustee's Affidavit, Sale Script, and Successor Trustee's Deed Under Sale. | 340.00 | 1.00 | 340.00 |
| 12/19/23 | Miranda Swift | Review and edit Notice of Trustee's Sale and Notice of UCC Sale Letters. | 340.00 | 0.30 | 102.00 |
| 12/21/23 | Miranda Swift | Review Western District of Missouri docket for additional | 340.00 | 0.60 | 204.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| | | parties to send Notice of Trustee's Sale and Notice of UCC Sale letters to (0.5); draft email to client regarding same (0.1). | | | |
| 12/22/23 | Miranda Swift | Send out Notice of Trustee's Sale and Notice of UCC Sale Letters (0.1); review updated foreclosure report (0.1). | 340.00 | 0.20 | 68.00 |
| 01/02/24 | Miranda Swift | Review and revise foreclosure sale documents. | 340.00 | 0.60 | 204.00 |
| 01/05/24 | Miranda Swift | Call Reed Sewer Service in regards to updated address. | 340.00 | 0.20 | 68.00 |
| 01/08/24 | Miranda Swift | Review Borrower's request for updated payoff. | 340.00 | 0.10 | 34.00 |
| 01/10/24 | Miranda Swift | Review and prepare foreclosure notebook for the foreclosure sale (0.5); Order a UCC search and review search (0.2); Email with St. Joseph Daily Courier regarding Affidavit of Publication (0.1). | 340.00 | 0.80 | 272.00 |
| 01/10/24 | Cheryl Duren | Order UCC search from Missouri Secretary of State; Follow-up regarding same. | 240.00 | 0.20 | 48.00 |
| 01/11/24 | Miranda Swift | Finish preparing foreclosure notebook for sale. | 340.00 | 0.90 | 306.00 |
| 01/12/24 | Miranda Swift | Pickup Affidavit of Publication (0.5); Review Affidavit of Publication and add it to the foreclosure notebook (0.3); Travel to and from St. Joseph, Missouri (2.5); Conduct foreclosure sale (0.5); Review and prepare Trustee's Deed and Trustee's Affidavit (0.7). | 340.00 | 4.50 | 1,530.00 |
| 01/22/24 | Miranda Swift | Prepare Trustee's Deed and Deed to be recorded (0.6); Send same to be recorded (0.1). | 340.00 | 0.70 | 238.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 01/23/24 | Miranda Swift | Review loan documents for ability to collect on deficiency and recourse on mortgage. | 340.00 | 1.00 | 340.00 |
| 01/24/24 | Miranda Swift | Continued review of loan documents to determine recourse (0.6); Draft email to Mr. Zluticky regarding same (0.1). | 340.00 | 0.70 | 238.00 |
| 01/30/24 | Miranda Swift | Research regarding dismissal of bankruptcy cases and effect of triggering default under contract. | 340.00 | 0.30 | 102.00 |
| 01/31/24 | Miranda Swift | Draft email to client regarding recorded and sent documents. | 340.00 | 0.10 | 34.00 |
| 02/12/24 | Miranda Swift | Draft entry of appearance. | 340.00 | 0.40 | 136.00 |
| 03/05/24 | Miranda Swift | Review docket and pleadings in preparation for scheduling conference. | 340.00 | 0.40 | 136.00 |
| 03/08/24 | Miranda Swift | Review scheduling order for deadline to add claims and join parties in Fannie Mae v. APEX Brittany case (0.1); Confirm Mr. Zarum's state of residence (0.2). | 340.00 | 0.30 | 102.00 |
| 03/11/24 | Miranda Swift | Draft deficiency petition against Oron Zarum. | 340.00 | 1.70 | 578.00 |
| 03/12/24 | Miranda Swift | Continue drafting deficiency petition against Oron Zarum. | 340.00 | 1.30 | 442.00 |
| 03/13/24 | Miranda Swift | Complete drafting of deficiency petition against Oron Zarum. | 340.00 | 0.80 | 272.00 |
| 03/18/24 | Miranda Swift | Review and compile exhibits for deficiency petition (0.5); Review and edit petition (0.7). | 340.00 | 1.20 | 408.00 |
| 04/11/24 | Miranda Swift | Review and revise complaint and exhibits in preparation for filing. | 340.00 | 1.50 | 510.00 |
| 04/11/24 | Miranda Swift | Research regarding local rules in Western District of Missouri and Federal Rules of Civil Procedure regarding summons, service, and filing initial complaint. | 340.00 | 0.50 | 170.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 04/12/24 | Miranda Swift | Draft and research Western District of Missouri civil coversheet and summons (0.6); Continue research regarding Western District of Missouri Local Rules and Federal Rule of Civil Procedure (0.6); Call and various communications with Ms. Parks to file complaint (0.8). | 340.00 | 2.00 | 680.00 |
| 04/12/24 | Lisa Parks | Access Western District of MO court website to electronically open new case, add party information, pay filing fee and upload initiating documents including complaint with multiple exhibits A-K per and Disclosure Statement per Ms. Swift. | 240.00 | 0.80 | 192.00 |
| 04/15/24 | Anthony Cali | Review draft proposed order and sale agreement (.3); communications with Ms. Brady regarding same (.2). | 460.00 | 0.50 | 230.00 |
| 04/15/24 | Miranda Swift | Draft entry of appearance (0.4); Communications with Ms. Parks regarding service (0.2). | 340.00 | 0.60 | 204.00 |
| 04/15/24 | Lisa Parks | Download file-stamped copies of pleadings from court docket to include in service packet to forward to process server for service upon defendant. | 240.00 | 0.20 | 48.00 |
| 04/15/24 | Lisa Parks | Phone call to process server regarding service of defendant in NJ. | 240.00 | 0.10 | 24.00 |
| 04/16/24 | Miranda Swift | File entry of appearance (0.2); Discussion with Ms. Parks regarding process server (0.2). | 340.00 | 0.40 | 136.00 |
| 04/16/24 | Lisa Parks | Arrange for paper copies of service packet including summons and complaint for forwarding to process server for | 240.00 | 0.30 | 72.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | service. | | | |
| 04/26/24 | Lisa Parks | Research on Mr. Zarum to find possible current address. | 240.00 | 0.20 | 48.00 |
| 04/26/24 | Lisa Parks | Phone call and email to process server regarding status of service of defendant. | 240.00 | 0.10 | 24.00 |
| 05/02/24 | Miranda Swift | Review request for scheduling order. | 340.00 | 0.10 | 34.00 |
| 05/10/24 | Lisa Parks | Access Western District of MO court and electronically file return of service of summons for defendant. | 240.00 | 0.10 | 24.00 |
| 05/10/24 | Lisa Parks | Review of invoice from process server for service of defendant, arrange for payment of same. | 240.00 | 0.10 | 24.00 |
| 05/29/24 | Zachary Hemenway | Follow up on finalization of pleadings. | 465.00 | 0.20 | 93.00 |
| 05/29/24 | Miranda Swift | Research regarding application for entry of default in Western District of Missouri (1.1); draft notice of intent to apply for entry of default and application for entry of default (1.0). | 340.00 | 2.10 | 714.00 |
| 05/29/24 | Lisa Parks | Phone call to court clerk regarding filing application for default judgment. | 240.00 | 0.10 | 24.00 |
| 05/29/24 | Lisa Parks | Email communications with Ms. Swift regarding filing application for default judgment. | 240.00 | 0.10 | 24.00 |
| 05/29/24 | Lisa Parks | Review of file for samples of applications for clerk's entry of default judgment and motion for default judgment. | 240.00 | 0.20 | 48.00 |
| 06/10/24 | Miranda Swift | Draft joint stipulation of dismissal without prejudice | 340.00 | 0.60 | 204.00 |
| 06/11/24 | Miranda Swift | Review and revise Motion for Entry of Default. | 340.00 | 0.40 | 136.00 |

| Date | Timekeeper | Description | Rate | Hours | Amount |
|------|-----------|-------------|------|-------|--------|
| 06/12/24 | Zachary Hemenway | Review and follow up on motion and notice. | 465.00 | 0.40 | 186.00 |
| 06/12/24 | Miranda Swift | Review and revise Motion for Entry of Default (0.1); Draft email to Mr. Zluticky and Mr. Hemenway regarding the same (0.1). | 340.00 | 0.40 | 136.00 |
| 06/13/24 | Miranda Swift | Prepare Motion for Entry of Default to be filed (0.4); Call with court clerk regarding Motion for Entry of Default (0.1); Draft Certificate of Service (0.4); Prepare and file Certificate of Service (0.1). | 340.00 | 0.90 | 306.00 |
| **Current Professional Services** | | | | **134.60** | **$53,057.50** |

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 03/24/23 | Federal express Inv: # 808307052 Tracking No: 396193502619 To: Apex Brittany MO LP 10 Hill St Newark, NJ 07102 | 28.12 |
| 03/24/23 | Federal express Inv: # 808307052 Tracking No: 396193532644 To: Oron Zarum 10 Hill St Newark, NJ 07102 | 28.12 |
| 03/24/23 | Federal express Inv: # 808307052 Tracking No: 396193555987 To: Corporate Creations Network In 12747 Olive Blvd Ste 300 St Louis, MO 63141 | 16.11 |
| 03/28/23 | Fannie Mae Brittany Village Petition filed | 94.00 |
| 03/31/23 | Service of Subpeona to HPS Process Service & Investigations for Service on Apex Brittany MO/Corp Creations Network on Invoice HAT-2023005760 | 146.95 |
| 04/04/23 | Report copy from to Preferred Title of St Joseph, LLC for Foreclosure Report on Invoice 20230418202 | 500.00 |
| 04/27/23 | Appointment of Successor Trustee - Buchanan County, MO | 37.00 |
| 06/21/23 | Recording fees to Preferred Title of St Joseph, LLC for Recording Fees 1601-1807 N. 36th St & 1401-1515 N. 36th St. on Invoice 06212023 | 150.00 |
| 06/28/23 | Search - UCC to Registered Agent Solutions, Inc for DE Search for Apex Brittany MO LP on Invoice 1658922 | 122.00 |

| Date | Description | Amount |
|------|-------------|--------|
| 07/31/23 | Publication/Advertisement fee to St Joseph Daily Courier for Publications on Invoice DC1197 | 500.00 |
| 08/07/23 | Federal express Inv: # 822494002 Tracking No: 782176830571 To: Steven Sixberry 5440 Louie Lane, Suite 106 Reno, NV 89511 | 21.22 |
| 08/07/23 | Federal express Inv: # 822494002 Tracking No: 782176726988 To: Greg Hughes 5440 Louie Lane, Suite 106 Reno, NV 89511 | 21.22 |
| 08/07/23 | Federal express Inv: # 822494002 Tracking No: 782176471283 To: Versailles SPE LLC ( Borrower 5440 Louie Lane, Suite 106 Reno, NV 89511 | 21.22 |
| 08/07/23 | Federal express Inv: # 822494002 Tracking No: 782176786045 To: Kyle Krch 5440 Louie Lane, Suite 106 Reno, NV 89511 | 21.22 |
| 09/18/23 | Recording fees to St Joseph Daily Courier for publication of notice of trustee's sale from 8/29/2023 to 9/18/2023 on Invoice DC1209 | 500.00 |
| 10/06/23 | Publication/Advertisement fee to St Joseph Daily Courier for Trustee's Sale Notice - Publication on Invoice DC1216 | 500.00 |
| 10/21/23 | Airfare for travel from/to Phoenix, AZ to Philadelphia, PA and then from Philadelphia, PA to Phoenix, AZ on 10/23/2023 - 10/24/2023 for Travel for Hearing - airfare to PHX-PHL on 10/23/2023 and return PHL-PHX 10/24/2023 | 906.80 |
| 10/21/23 | Hotel - Lodging on 10/23/2023 - 10/24/2023 Travel for Hearing | 218.90 |
| 10/23/23 | Dinner for Travel for Hearing for Anthony P Cali | 15.50 |
| 10/23/23 | Taxi for Travel for Hearing - uber from train station to hotel pre-hearing | 11.81 |
| 10/23/23 | Train for PHL airport to Hotel for Travel for Hearing | 6.75 |
| 10/23/23 | Parking for Travel for Hearing | 32.00 |
| 10/23/23 | Train for Amtrak from Philadelphia to Wilmington, DE for Travel for Hearing | 5.00 |
| 10/23/23 | Train for Amtrak from Wilmington, DE to Philadelphia for Travel for Hearing | 28.00 |
| 10/24/23 | Breakfast for Travel for Hearing for Anthony P Cali | 13.38 |
| 10/24/23 | Train for From Hotel to PHL airport for Travel for Hearing | 6.75 |
| 10/24/23 | Taxi for Travel for Hearing - uber from train station to hotel pre-hearing | 11.02 |
| 12/22/23 | Recording fees to Preferred Title of St Joseph, LLC for Foreclosure Report on Invoice 12222023 | 150.00 |
| 01/10/24 | Search - UCC to Registered Agent Solutions, Inc for UCC Search (MO) - Apex Brittany Mo LP on Invoice 1782274 | 40.00 |

| Date | Description | Amount |
|------|-------------|--------|
| 01/12/24 | Recording fees to St Joseph Daily Courier for Trustee Sale Notice publication - Apex Brittany on Invoice DC1241 | 500.00 |
| 01/22/24 | Ship Date: 01/22/2024 Inv: # 839362875 Tracking No: 270078695245 To: Attn Jennifer Holden Preferred Title of St Joseph, 2402 N Woodbine Rd ST JOSEPH, MO 64506 From: Miranda Swift Stinson LLP 1201 Walnut St KANSAS CITY, MO 64106 | 14.67 |
| 01/23/24 | Recording fees to Preferred Title of St Joseph, LLC for Recorders fees and e-filing fee on Invoice 20230418202-012324 | 131.00 |
| 01/30/24 | Ship Date: 01/30/2024 Inv: # 840069456 Tracking No: 270404881427 To: James Noakes Granite Park VII 5600 GRANITE PKWY PLANO, TX 75024 From: Miranda Swift Stinson LLP 1201 Walnut St KANSAS CITY, MO 64106 | 27.08 |
| 04/15/24 | New complaint filing | 405.00 |
| 05/10/24 | Service of Summons to D & B Legal Services LLC for Service of Summons & Complaint on Defendant on Invoice POW-2024005594 | 240.40 |

**Total Disbursements**                                              **$5,471.24**

## Outstanding AR Summary

| Date | Invoice Number | Amount | Payments | Balance |
|------|----------------|--------|----------|---------|
| 05/15/24 | 43563802 | $3,243.00 | $3,196.24 | $46.76 |
| 06/14/24 | 43569701 | $1,225.40 | $1,205.70 | $19.70 |
| 06/21/24 | Draft | $58,528.74 | $0.00 | $58,528.74 |
| **Total Balance:** | | | | **$58,595.20** |

AR Balance:

| 0-30 | 31-60 | 61-90 | 91+ | Total |
|------|-------|-------|-----|-------|
| $58,548.44 | $46.76 | $0.00 | $0.00 | $58,595.20 |

Questions or concerns, please call 800-846-1201 or email payments@stinson.com

# STINSON

June 21, 2024

Fannie Mae                                    Invoice No: Draft
Legal Department Office Manager               Nicholas Zluticky
3900 Wisconsin Ave, NW
Washington, DC 20016-2892

Re:      Brittany Village Apartments
         File No: 0772514.0056

| Invoice Summary | |
| --- | --- |
| Professional services and disbursements rendered through June 21, 2024 | |
| Current Professional Services | $53,057.50 |
| Current Disbursements | $5,471.24 |
| **Total Current Invoice** | **$58,528.74** |

## Payment Options

Online Payments:              Wire/ACH Instructions:
Stinson.com                   US Bank
                              Routing No.: 101000187
**Norton**                    Acct: Stinson LLP
SECURED                       Account No: 145590256684
powered by VeriSign           Swift Code-USBKUS44IMT
                              Please reference **File No: 0772514.0056**

Payment by check:
PO Box 843052
Kansas City, MO 64184-3052
Please return this remittance copy with your payment
and reference **File No: 0772514.0056**

Questions or concerns, please call 800-846-1201 or email payments@stinson.com