# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| FANNIE MAE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:24-cv-06053-SRB |
| | ) |
| ORON ZARUM | ) |
| | ) |
| Defendant. | ) |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

IT IS hereby **ORDERED, ADJUDGED, and DECREED** that:

Fannie Mae's Motion for Default Judgment (Doc. 11) is GRANTED.

Judgment is hereby entered in favor of Fannie Mae and against Oron Zarum, in the amount of $2,047,345.42, plus interest from and after January 12, 2024, to date of judgment at the per diem rate of $453.82, plus post-judgment interest at the highest rate permitted by law.

July 25, 2024　　　　　　　　　　　　　　　　　Paige Wymore-Wynn
Date　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Tracey D. Peters
　　　　　　　　　　　　　　　　　　　　　　　　(by) Deputy Clerk